AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial) <br><br> Tunheim, John R | **2. Court or Organization** <br><br> District of Minnesota | **3. Date of Report** <br><br> 8/12/2008 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> U.S. District Judge - Active | **5a. Report Type** (check appropriate type) <br><br> ☐ Nomination,    Date <br> ☐ Initial   ☑ Annual   ☐ Final <br><br> **5b.** ☐ Amended Report | **6. Reporting Period** <br><br> 01/01/2007 <br> to <br> 12/31/2007 |
| **7. Chambers or Office Address** <br><br> 13E United States Courthouse <br> 300 South Fourth Street <br> Minneapolis, MN 55415 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Council Member and House Delegate | Govt & Public Sector Lawyers Division, American Bar Association |
| 2. | Director and President | Norwegian-American Historical Association (nonprofit organization) |
| 3. | Director | Federal Judges Association |
| 4. | Director and President | American Judicature Society |
| 5. | Director | Federal Bar Association, Minnesota Chapter |
| 6. | Liaison | Advisory Committee to the Standing Committee on Election Law, American Bar Association |
| 7. | Advisor | Advisory Committee to the Norwegian Nobel Peace Prize Forum |
| 8. | Advisor | Advisory Board to the Hubert H. Humphrey Institute of Public Affairs at the University of Minnesota |
| 9. | Regent | Concordia College, Moorhead, MN |
| 10. | Board Member | Board of Visitors, University of Minnesota Law School, Minneapolis, MN |
| 11. | Committee Member | Executive Committee, National Conference of Federal Trial Court Judges, Judicial Division, American Bar Association |
| 12. | Task Force Chair | Prosecution and Defense Function Standards Task Force, Criminal Justice Section, American Bar Association |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

|  | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R | 8/12/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Tunheim Partners, Minneapolis, MN |
| 2. 2007 | Bush Foundation, St. Paul, MN (Director Compensation) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Association of Corporate Patent Counsel | Jan. 28-30, 2007 | Bonita Springs, FL | Conference (teach) | Transportation and meals |
| 2. | American Bar Association | Feb. 8-13, 2007 | Miami, FL | Meeting | Transportation, meals and lodging |
| 3. | American Bar Association, Government and Public Sector Lawyers Division | April 28, 2007 | Washington, DC | Meeting | Transportation, meals and lodging |
| 4. | American Bar Association, Criminal Justice Section | Feb. 2-4, 2007 | San Antonio, TX | Task Force | Transportation and lodging |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Tunheim, John R | 8/12/2008 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 5. | American Bar Association, Criminal Justice Section | April 21-22, 2007 | Chicago, IL | Task Force | Transportation and lodging |
| 6. | American Bar Association, Criminal Justice Section | Sept. 8-9, 2007 | Minneapolis, MN | Task Force | Transportation |
| 7. | American Bar Association | Aug. 9-12, 2007 | San Francisco, CA | Meeting | Meals and lodging |
| 8. | Concordia College | March 3-6, 2007 | Phoenix, AZ | Conference | Registration, transportation, meals and lodging |
| 9. | Concordia College | May 4-5, 2007 | Moorhead, MN | Board Meeting | Transportation, meals and lodging |
| 10. | Concordia College | Sept. 21-22, 2007 | Alexandria, MN | Board Meeting | Transportation, meals and lodging |
| 11. | Grand Rapids Area Commnity Foundation | April 19-20, 2007 | Grand Rapids, MN | Annual Meeting (speaker) | Transportation, meals and lodging |
| 12. | Federal Judges Association | May 5-7, 2007 | Arlington, VA | Meeting | Meals and lodging |
| 13. | American Judicature Society | Sept. 6, 2007 | Des Moines, IA | Meeting | Transportation |
| 14. | American Judicature Society | Sept. 20-21, 2007 | Houston, TX | Awards Program | Transportation, meals and lodging |
| 15. | American Judicature Society | Oct. 2-3, 2007 | New Orleans, LA | Awards Program | Transportation, meals and lodging |
| 16. | American Judicature Society | Nov. 28, 2007 | Des Moines, IA | Series Program (speaker) | Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R | 8/12/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Honorary Membership (est. dues) | Minneapolis Club | $ 4,368.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Excel Bank - Minneapolis MN | Working Capital Line of Credit for Tunheim Partners | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R | 8/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Hiway Federal Credit Union. St. Paul, MN (Bank Accts) | A | Interest | J | T | | | | | |
| 2. State of Minnesota Deferred Compensation Account | | None | J | T | | | | | |
| 3. Honeywell Retirement Benefit Plan | | None | K | T | | | | | |
| 4. Tunheim Partners Co. 401(k) Fidelity Advisors Ltd Term (form | | None | | | SELL | 09/28 | M | E | |
| 5. Atlas Energy for the Nineties Public Officer #4 | A | Distribution | J | T | | | | | |
| 6. Wells Fargo Bank | B | Interest | L | T | | | | | |
| 7. American Funds: American Balanced Fund Cl F | D | Dividend | K | T | | | | | |
| 8. Dodge & Cox Balanced | E | Dividend | K | T | PART SALE | 04/16 | M | D | |
| 9. American Funds: Washington Mutual Investors | B | Dividend | K | T | | | | | |
| 10. American Funds: Investment Co of America Cl F | B | Dividend | K | T | | | | | |
| 11. Baron Asset | A | Dividend | K | T | | | | | |
| 12. American Funds: Capital World Growth & Income | C | Dividend | K | T | BUY | 04/10 | J | | |
| 13. Royce Total Return | B | Dividend | K | T | | | | | |
| 14. American Funds: New World Fund | B | Dividend | J | T | | | | | |
| 15. American Funds: Capitol Income Builder | C | Dividend | K | T | | | | | |
| 16. 1st Clearing Bank Deposit | C | Interest | K | T | | | | | |
| 17. Sit MN Tax Free Income | A | Dividend | | | SELL | 04/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1.000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000.000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R | 8/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Schwab Advisor Cash Reserve | A | Dividend | K | T | | | | | |
| 19. American Funds: Growth Fund of America | B | Dividend | K | T | BUY | 09/28 | K | | |
| 20. American Funds: Investment Co. of America Cl R3 | B | Dividend | K | T | BUY | 09/28 | K | | |
| 21. American Funds: EuroPacific Fund | B | Dividend | K | T | BUY | 09/28 | K | | |
| 22. American Funds: American Balanced CL R3 | B | Dividend | K | T | BUY | 09/28 | K | | |
| 23. American Funds: Bond Fund of America | B | Dividend | K | T | BUY | 09/28 | K | | |
| 24. Third Avenue Value | A | Dividend | J | T | BUY | 04/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R | 8/12/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R | 8/12/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544